**DISMISS and Opinion Filed November 12, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00397-CV**

**GEORGE STEWART, Appellant**

**V.**

**SURRHOME SUPPLY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-01325-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

By postcard dated October 7, 2021, we directed appellant to file his brief within ten days and cautioned him that failure to comply would result in the appeal being dismissed. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not complied. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210397F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GEORGE STEWART, Appellant

No. 05-21-00397-CV    V.

SURRHOME SUPPLY, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas

Trial Court Cause No. CC-21-01325-D.

Opinion delivered by Chief Justice Burns, Justices Goldstein and Smith participating.


In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered November 12, 2021.